## STURDIVANT v. STATE.
### No. 24833.

Court of Criminal Appeals of Texas.
June 14, 1950.

Rehearing Denied Oct. 11, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was found guilty of the offense of assualt with intent to rape. The jury assessed his punishment at 15 years confinement in the penitentiary.

All proceedings in this matter appear to have been regular. The record is brought forward without a statement of facts or bills of exception. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.